UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

In Re:                )    21-09383
                      )
DELIA ALCALA,         )    Chapter 7
                      )
                      )    Judge GOLDGAR
        Debtor(s).    )

## NOTICE OF MOTION

**The following parties have been served via electronic mail:**
U.S. Trustee: USTPRegion11.ES.ECF@usdoj.gov
jcohen@cohenandkrol.com

**The following party(s) have been served via regular US mail:**
See attached list.

PLEASE TAKE NOTICE that on October 29, 2021, at 11:00 am, I will appear before the Honorable Judge Goldgar, or any judge sitting in that judge's place, and present the Motion Voluntary Dismiss Chapter 7 Case, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 160 817 7512 and the password is 623389. The meeting ID can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

                                        /s/ Christine H. Clar
                                        Christine H. Clar, A.R.D.C. #6202332
                                        Attorney for the Debtor(s)

## PROOF OF SERVICE

      A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, by Christine H. Clar, or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

DATE OF SERVICE: September 28, 2021        /s/ Christine H. Clar
                                                                       Christine H. Clar, A.R.D.C. #6202332
                                                                       Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
Attorney for Debtor(s)
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100
davidsiegelbk@gmail.com

**The following party(s) have been served via regular US mail:**

Ms. Delia Alcala
533 Meadow Hill Lane
Round Lake Beach, IL 60073

AT&T Wireless
Bankruptcy Dept.
P.O. Box 6416
Carol Stream, IL 60197

Capital One
Bankruptcy Dept.
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

Capital One/Best Buy
P.O. Box 6497
Sioux Falls, SD 57117

Citi
Attn: Bankrutpcy Dept.
701 E. 60 Street North
Sioux Falls, SD 57717

Comenity Bank
Bankruptcy Dept.
P.O. Box 182125
Columbus, OH 43218-2125

Discover Bank
Bankruptcy Dept.
P.O. Box 30943
Salt Lake City, UT 84130

Kohl/Capital One
P.O. Box 3115
Milwaukee, WI 53201-3115

Preferred Credit
P.O. Box 1970
St. Cloud, MN 56301-2000

Sprint Nextel Correspondence
Attn: Bankruptcy Dept.
P.O. Box 7949
Overland Park, KS 66207

SYNCB/Sam's Club
Bankruptcy Dept.
P.O. Box 965060
Orlando, FL 32896-5060

SYNCB/Value City
P.O. Box 965036
Orlando, FL 32896

Target NB
CCS Gray OPS Center
P.O. Box 6497
Sioux Falls, SD 57117

The Bureaus
650 Dundee Rd., Ste. 370
Northbrook, IL 60062

Blitt and Gaines
Bankruptcy Dept.
775 Corporate Woods
Vernon Hills, IL 60061

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 21-09383 |
| | ) | |
| **DELIA ALCALA,** | ) | **Chapter 7** |
| | ) | |
| | ) | **Judge GOLDGAR** |
| Debtor(s). | ) | |

## MOTION TO VOLUNTARILY DISMISS CHAPTER 7 CASE

NOW COMES the Debtor, by and through her attorneys, DAVID M. SIEGEL & ASSOCIATES, LLC, to present her Motion, and in support thereof states as follows:

1. Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2. On August 8, 2021 the Debtor filed a voluntary petition for relief pursuant to Chapter 7 under Title 11 USC.

3. Debtor desires that this Chapter 7 case be dismissed.

4. Debtor's request is not for the purpose of fraud or abuse to creditors or the court.

WHEREFORE, the Debtor prays that this Honorable Court enter an Order Dismissing the Chapter 7 Case.

Respectfully Submitted,

/s/ Christine H. Clar
Christine H. Clar, A.R.D.C. #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
Attorney for Debtor(s)
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100